1  Diane L. McGimsey (SBN 234953)
   SULLIVAN & CROMWELL LLP
2  1888 Century Park East
   Los Angeles, California 90067
3  Telephone:    (310) 712-6600
   Facsimile:    (310) 712-8800
4  mcgimseyd@sullcrom.com

5  Sharon L. Nelles (*pro hac vice* pending)
   Ann-Elizabeth Ostrager (*pro hac vice* pending)
6  SULLIVAN & CROMWELL LLP
   125 Broad Street
7  New York, New York 10004
   Telephone:    (212) 558-4000
8  Facsimile:    (212) 558-3588
   nelless@sullcrom.com
9  ostragerae@sullcrom.com

10 *Attorneys for Defendant Ally Bank*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIELA AGUILAR VELAZQUEZ, on behalf of herself and all others similarly situated,<br><br>                                Plaintiff,<br><br>     vs.<br><br>ALLY BANK,<br><br>                                Defendant. | Case No. 2:21-cv-02375-MCE-DB<br><br>**STIPULATION AND ORDER PURSUANT TO LOCAL RULE 144(A) FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Judge:  Hon. Morrison C. England, Jr. |

1    Plaintiff Mariela Aguilar Velazquez and Defendant Ally Bank (together, the "Parties"), by and through undersigned counsel, pursuant to Local Rule 144(a), hereby stipulate and agree as follows:

WHEREAS, Plaintiff commenced this action by filing the Complaint on December 20, 2021 (ECF No. 1);

WHEREAS, Defendant was served on January 7, 2022;

WHEREAS, Defendant's response to the Complaint currently is due on January 28, 2022, and the Parties' "short joint statement" describing the case is due on February 3, 2022 (Initial Pretrial Scheduling Order, Section X);

WHEREAS, Defendant and its counsel require additional time to evaluate and analyze the allegations and to prepare a response, including time to meet and confer with counsel for Plaintiff regarding Plaintiff's claims;

WHEREAS, counsel for Defendant conferred with counsel for Plaintiff on January 18, 2022, and Plaintiff has agreed, subject to this Court's approval, that Ally's deadline to file a response to the Complaint may be extended from January 28, 2022 to March 14, 2022;

WHEREAS, the Parties further have agreed that, if Defendant files a motion to dismiss in response to the Complaint, Plaintiff's deadline to file any opposition to the motion shall be April 13, 2022; Defendant's deadline to file any reply in support of the motion shall be May 13, 2022; and the hearing on the motion shall be scheduled for May 26, 2022;

WHEREAS, the Parties further have agreed that the Parties' deadline to file their short joint statement shall be extended from February 3, 2022 to the earlier of 14 days after Defendant files an answer to the Complaint, or 14 days after the Court resolves any motion to dismiss;

WHEREAS, the Parties have not previously sought any extension of these deadlines;

WHEREAS, all parties who have appeared in the action and are affected by the stipulation are signatories hereto;

Accordingly, IT IS HEREBY STIPULATED, by and between the Parties, through their respective counsel of record, and subject to the Court's approval, that:

1. Defendant's deadline to file a response to the Complaint shall be extended from January 28, 2022 to March 14, 2022.

2. If Defendant files a motion to dismiss in response to the Complaint, Plaintiff's deadline to file any opposition to the motion shall be April 13, 2022; Defendant's deadline to file any reply in support of the motion shall be May 13, 2022; and the hearing on the motion shall be scheduled for May 26, 2022.

3. The Parties deadline to file a short joint statement shall be extended from February 3, 2022 to the earlier of 14 days after Defendant files an answer to the Complaint, or 14 days after the Court resolves any motion to dismiss.

4. Nothing in this stipulation is intended, or shall be deemed, to waive or otherwise prejudice any Party's rights, claims, defenses, motions, or objections (whether to jurisdiction, service, or otherwise) in this action.

Dated: January 20, 2022

Respectfully submitted,

/s/  *Diane L. McGimsey*
Diane L. McGimsey (SBN 234953)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone:     (312) 712-6600
Facsimile:     (312) 712-8800
mcgimseyd@sullcrom.com

Sharon L. Nelles (*pro hac vice* pending)
Ann-Elizabeth Ostrager (*pro hac vice* pending)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:     (212) 558-4000
Facsimile:     (212) 558-3588
ostragerae@sullcrom.com

*Attorneys for Defendant Ally Bank*

/s/ *Deylin O. Thrift-Viveros*
Thomas A. Saenz (SBN159430)
Deylin O. Thrift-Viveros (SBN 306873)
MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND
634 South Spring Street, 11th Floor
Los Angeles, California 90014
Telephone:     (213) 629-2512
Facsimile:      (213)629-0266
tsaenz@maldef.org
dthrift-viveros@maldef.org

*Attorneys for Plaintiff Mariela Aguilar Velazquez and the Proposed Class*

IT IS SO ORDERED.

**Dated:  January 26, 2022**

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE