

United States District Court
Eastern District of California

| Mariela Aguilar Velazquez | Case Number: 2:21-cv-02375-MCE-DB |

Plaintiff(s)

V.

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Ally Bank

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Sharon L. Nelles hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Ally Bank

On 04/05/1994 (date), I was admitted to practice and presently in good standing in the New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 01/20/2022      Signature of Applicant: /s/ Sharon L. Nelles

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Sharon L. Nelles |
| Law Firm Name: | Sullivan & Cromwell LLP |
| Address: | 125 Broad Street |
| City: | New York |
| State: | NY |
| Zip: | 10004-2498 |
| Phone Number w/Area Code: | (212) 558-4976 |
| City and State of Residence: | New York, New York |
| Primary E-mail Address: | nelless@sullcrom.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Diane McGimsey |
| Law Firm Name: | Sullivan & Cromwell LLP |
| Address: | 1888 Century Park East |
| City: | Los Angeles |
| State: | CA |
| Zip: | 90067-1725 |
| Phone Number w/Area Code: | (310) 712-6644 |
| Bar #: | 234953 |

**<u>ORDER</u>**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to requestfiling access through PACER.

IT IS SO ORDERED.

Dated:  January 27, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE