Diane L. McGimsey (SBN 234953)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone:     (310) 712-6600
Facsimile:      (310) 712-8800
mcgimseyd@sullcrom.com

Sharon L. Nelles (*pro hac vice*)
Ann-Elizabeth Ostrager (*pro hac vice*)
Lauren M. Goldsmith (SBN 293269)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:     (212) 558-4000
Facsimile:      (212) 558-3588
nelless@sullcrom.com
ostragerae@sullcrom.com
goldsmithl@sullcrom.com

*Attorneys for Defendant Ally Bank*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIELA AGUILAR VELAZQUEZ, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>ALLY BANK,<br><br>　　　　　　　　Defendant. | Case No. 2:21-cv-02375-MCE-DB<br><br>**JOINT STIPULATION AND ORDER TO STAY CASE DEADLINES**<br><br>The Honorable Morrison C. England, Jr. |

Plaintiff Mariela Aguilar Velazquez and Defendant Ally Bank (together, the "Parties"), by and through undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on January 27, 2022, the Court entered the Parties' Stipulation and Order Pursuant to Local Rule 144(a) For Extension of Time to Respond to Complaint ("Stipulation") (ECF No. 11);

WHEREAS, pursuant to the Stipulation, Defendant's deadline to file a response to the Complaint was extended from January 28, 2022 to March 14, 2022, and the Parties' deadline to file a short joint statement was extended from February 3, 2022 to the earlier of 14 days after Defendant files an answer to the Complaint, or 14 days after the Court resolves any motion to dismiss (ECF No. 11 ¶¶ 1, 3);

WHEREAS, the Parties have agreed to stay case deadlines to engage in settlement discussions and explore resolution of the case without litigation;

WHEREAS, the Parties believe that a stay will conserve the Court's and Parties' resources, and will not prejudice the conduct of the litigation;

WHEREAS, the Parties believe that there exists good cause for the Court to stay case deadlines;

WHEREAS, all parties who have appeared in the action and are affected by the stipulation are signatories hereto;

Accordingly, IT IS HEREBY STIPULATED, by and between the Parties, through their respective counsel of record, and subject to the Court's approval, that:

1. The case is stayed to enable the Parties to engage in settlement discussions.

2. Defendant's deadline to file a response to the Complaint shall be extended from March 14, 2022 to April 13, 2022; Plaintiff's deadline to file any opposition to the motion shall be May 13, 2022; Defendant's deadline to file any reply in support of the motion shall be June 13, 2022; and the hearing on the motion shall be scheduled for July 7, 2022.

3. In the event the Parties are able to make progress towards settlement and require a further stay, the Parties shall submit to the Court a joint report concerning the status of the Parties' efforts to resolve the case and requesting a further stay on or before April 8, 2022.

4. Nothing in this stipulation is intended, or shall be deemed, to waive or otherwise prejudice any Party's rights, claims, defenses, motions, or objections (whether to jurisdiction, service, or otherwise) in this case.

Dated:  March 9, 2022

Respectfully submitted,

/s/  *Diane L. McGimsey*
Diane L. McGimsey (SBN 234953)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone:     (310) 712-6600
Facsimile:     (310) 712-8800
mcgimseyd@sullcrom.com

Sharon L. Nelles (*pro hac vice*)
Ann-Elizabeth Ostrager (*pro hac vice*)
Lauren M. Goldsmith (SBN 293269)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:     (212) 558-4000
Facsimile:     (212) 558-3588
nelless@sullcrom.com
ostragerae@sullcrom.com
goldsmithl@sullcrom.com

*Attorneys for Defendant Ally Bank*

|   |   |
|---|---|
| 1 | /s/ *Deylin O. Thrift-Viveros* |
| 2 | Thomas A. Saenz (SBN159430)<br>Deylin O. Thrift-Viveros (SBN 306873) |
| 3 | MEXICAN AMERICAN LEGAL DEFENSE<br>AND EDUCATIONAL FUND |
| 4 | 634 South Spring Street, 11th Floor<br>Los Angeles, California 90014 |
| 5 | Telephone:   (213) 629-2512<br>Facsimile:    (213)629-0266 |
| 6 | tsaenz@maldef.org<br>dthrift-viveros@maldef.org |

*Attorneys for Plaintiff Mariela Aguilar Velazquez and the Proposed Class*

IT IS SO ORDERED.

Dated:  March 16, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE