Diane L. McGimsey (SBN 234953)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone:     (310) 712-6600
Facsimile:     (310) 712-8800
mcgimseyd@sullcrom.com

Sharon L. Nelles (*pro hac vice*)
Ann-Elizabeth Ostrager (*pro hac vice*)
Lauren M. Goldsmith (SBN 293269)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:     (212) 558-4000
Facsimile:     (212) 558-3588
nelless@sullcrom.com
ostragerae@sullcrom.com
goldsmithl@sullcrom.com

*Attorneys for Defendant Ally Bank*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIELA AGUILAR VELAZQUEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALLY BANK,<br><br>Defendant. | Case No. 2:21-cv-02375-MCE-DB<br><br>**JOINT STATUS REPORT AND STIPULATION AND ORDER TO FURTHER STAY CASE DEADLINES**<br><br>The Honorable Morrison C. England, Jr. |

Pursuant to the Court's order (ECF No. 27), Defendant, Ally Bank, and Plaintiff, Mariela Aguilar Velazquez (together, the "Parties"), respectfully submit this joint report on the status of the Parties' settlement discussions.

On January 27, 2022, the Court entered an order granting the Parties' Stipulation and Order Pursuant to Local Rule 144(a) For Extension of Time to Respond to Complaint (ECF No. 11). Subsequently, on March 16, April 22, June 1, July 12, and August 23, 2022, the Court entered orders granting the Parties' Stipulation and Order to Stay Case Deadlines (ECF Nos. 16, 18, 20, 24, 27) to enable the Parties to engage in settlement discussions and explore resolution of the case without litigation.

On June 27, 2022, the Court entered an order granting the Parties' Protective Order and Confidentiality Agreement Concerning Confirmatory Discovery (ECF No. 22).

The Parties have exchanged further settlement offers and confirmatory discovery, and settlement discussions are ongoing. Accordingly, the Parties believe that good cause exists for a further extension of the case deadlines, which will conserve the Court's and Parties' resources and allow the Parties further time to discuss a potential settlement and, if necessary, conduct confirmatory discovery. Accordingly, the Parties respectfully request that the Court enter an order extending the case deadlines as follows:

1. The case is stayed to enable the Parties to continue to engage in settlement discussions.

2. Defendant's deadline to file a response to the Complaint shall be extended from October 13, 2022 to December 7, 2022; Plaintiff's deadline to file any opposition to the motion shall be January 9, 2023; Defendant's deadline to file any reply in support of the motion shall be February 6, 2023; and the hearing on the motion shall be scheduled for February 23, 2023.

3. In the event the Parties continue to make progress towards settlement and require a further stay, the Parties shall submit to the Court an additional joint report concerning the status of the Parties' efforts to resolve the case and requesting a further stay on or before November 30, 2022.

4. Nothing in this stipulation is intended, or shall be deemed, to waive or otherwise prejudice any Party's rights, claims, defenses, motions, or objections (whether to jurisdiction, service, or otherwise) in this case.

Dated: October 6, 2022                                                         Respectfully submitted,

/s/ *Diane L. McGimsey*
Diane L. McGimsey (SBN 234953)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone:    (310) 712-6600
Facsimile:    (310) 712-8800
mcgimseyd@sullcrom.com

Sharon L. Nelles (*pro hac vice*)
Ann-Elizabeth Ostrager (*pro hac vice*)
Lauren M. Goldsmith (SBN 293269)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3588
nelless@sullcrom.com
ostragerae@sullcrom.com
goldsmithl@sullcrom.com

*Attorneys for Defendant Ally Bank*

/s/ *Deylin O. Thrift-Viveros*
Thomas A. Saenz (SBN159430)
Deylin O. Thrift-Viveros (SBN 306873)
MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND
634 South Spring Street, 11th Floor
Los Angeles, California 90014
Telephone:    (213) 629-2512
Facsimile:    (213)629-0266
tsaenz@maldef.org
dthrift-viveros@maldef.org

*Attorneys for Plaintiff Mariela Aguilar Velazquez and the Proposed Class*

**IT IS SO ORDERED.**

Dated: November 4, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE