Diane L. McGimsey (SBN 234953)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone:    (310) 712-6600
Facsimile:    (310) 712-8800
mcgimseyd@sullcrom.com

Sharon L. Nelles (*pro hac vice*)
Ann-Elizabeth Ostrager (*pro hac vice*)
Lauren M. Goldsmith (SBN 293269)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3588
nelless@sullcrom.com
ostragerae@sullcrom.com
goldsmithl@sullcrom.com

*Attorneys for Defendant Ally Bank*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIELA AGUILAR VELAZQUEZ, an individual, and RONEY EDLER BARROSO DA SILVA, an individual, on behalf of themselves and all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>ALLY BANK,<br><br>        Defendant. | Case No. 2:21-cv-02375-MCE-DB<br><br>**ORDER GRANTING DEFENDANT ALLY BANK'S REQUEST TO SEAL DOCUMENT**<br><br>The Honorable Morrison C. England, Jr. |

For good cause shown, Defendant Ally Bank's Request to Seal Document is **GRANTED**. The Court hereby directs that Exhibit A to the Supplemental Declaration of Navid Zivari Regarding Settlement Administration is to be sealed permanently and made available only to the Court and Court personnel.

**IT IS SO ORDERED.**

Dated: January 4, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE